UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Jose Barajas-Gonzalez, et al. ) <br> ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR377-JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07081298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Brenda Yadira Rodriguez-Ramirez

DATED: 2-14-08

RECEIVED _____
                DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
    Deputy Clerk