UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>Jose Barajas-Gonzalez, et al. )<br>  )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR377-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07081298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

M.G.M. (a juvenile male)

DATED: 2-14-08

RECEIVED _____
                DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
      Deputy Clerk